USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-31-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASEEN TRAYNOR, *on behalf of himself and all others similarly situated,*

                **Plaintiff,**

-against-

ZUTANO GLOBAL INC.,

                **Defendant.**

1:19-cv-02463 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated: July 31, 2019
      New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge